Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA  91914
Jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SCHNEIDER, an individual, <br><br> Plaintiff <br><br> v. <br><br> ROSENTHAL, MORGAN AND THOMAS, INC.; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.:  08-CV-533 BEN WMc <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT ROSENTHAL, MORGAN AND THOMAS, INC.** |

On April 10, 2008 Defendant Rosenthal, Morgan, and Thomas, Inc. was served with the summons and complaint by Dawn Voss by personal delivery upon the receptionist, an agent of the Defendant. A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

Dated 4/23/08

_____/S/ Jeremy S. Golden_____
Jeremy S. Golden, Attorney for Plaintiff

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON
DEFENDANT ROSENTHAL, MORGAN AND THOMAS, INC.