Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd.  Suite 211
Chula Vista, CA  91914
jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff KIMBERLY SCHNEIDER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY SCHNEIDER, an individual,<br><br>            Plaintiff<br><br>v.<br><br>ROSENTHAL, MORGAN AND THOMAS, INC.; and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No.:  3:08-CV-00533-BEN-WMC<br><br>**Plaintiff's Request to Enter Default** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

   Plaintiff Kimberly Schneider requests that the Clerk of the above-entitled Court enter default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure in this matter against Defendant Rosenthal, Morgan and Thomas, Inc. ("RMT") on the ground that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

//
//

1 | Plaintiff served the summons and complaint on Defendant RMT on April 10, 2008
2 | evidenced by the proof of service of summons on file with this Court.  Service was made
3 | pursuant to Federal Rule of Civil Procedure 4(h)(1)(A).
4 | As of May 9, 2008, Defendants has failed to plead or otherwise defend.  The above
5 | stated facts are set forth in the accompanying declaration of Jeremy S. Golden filed herewith.

Dated: May 9, 2008

                                                ____/S/ Jeremy S. Golden_____
                                                Jeremy S. Golden
                                                Attorney for Plaintiff