Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd. Suite 211
Chula Vista, CA 91914
jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff KIMBERLY SCHNEIDER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY SCHNEIDER, an individual, <br><br> Plaintiff <br><br> v. <br><br> ROSENTHAL, MORGAN AND THOMAS, INC.; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 3:08-CV-00533-BEN-WMC <br><br> **Declaration of Jeremy S. Golden In Support of Plaintiff's Request to Enter Default Against Defendant** |

I, JEREMY S. GOLDEN, hereby declare that:

    1)    I have personal knowledge of each matter set forth in this Declaration unless stated based on information and belief. If called upon to testify to the matters stated in this Declaration, I am competent to do so.

    2)    I am the counsel of record for Plaintiff Kimberly Schneider.

    3)    Based on information and belief, Plaintiff served the summons and complaint on Rosenthal, Morgan and Thomas, Inc. ("RMT") on April 10, 2008 evidenced by the proof of service of summons on file with this Court.

4) Service was made pursuant to Federal Rule of Civil Procedure 4(h)(1)(A).

5) As of May 9, 2008, more than twenty days after Defendant was served with the Complaint and Summons, Defendant RMT failed to plead or otherwise defend.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on May 9, 2008 at Chula Vista, California

                                          _____/S/ Jeremy S. Golden_____
                                          JEREMY S. GOLDEN