Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd.  Suite 211
Chula Vista, CA  91914
jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff KIMBERLY SCHNEIDER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY SCHNEIDER, an individual, <br><br> Plaintiff <br><br> v. <br><br> ROSENTHAL, MORGAN AND THOMAS, INC.; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.:  3:08-CV-00533-BEN-WMC <br><br> **NOTICE TO WITHDRAW MOTION FOR DEFAULT JUDGMENT** <br><br> Date:  June 28, 2008 <br> Time:  10:30 a.m. <br><br><br> The Hon. Roger T. Benitez |

TO DEFENDANT ROSENTHAL, MORGAN AND THOMAS, INC.:

Please take notice Plaintiff is withdrawing their Motion for Default Judgment scheduled for June 28, 2008 at 10:30 located at 940 Front Street, San Diego, CA 92101 in the courtroom of the Honorable Roger T. Benitez.

Dated: May 29, 2008

___*s/ Jeremy S. Golden*_____
Jeremy S. Golden
Attorney for Plaintiff

1
NOTICE TO WITHDRAW MOTION FOR DEFAULT JUDGMENT