Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd.  Suite 211
Chula Vista, CA  91914
jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff KIMBERLY SCHNEIDER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY SCHNEIDER, an individual, <br><br> Plaintiff <br><br> v. <br><br> ROSENTHAL, MORGAN AND THOMAS, INC.; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 3:08-CV-00533-BEN-WMC <br><br> **Plaintiff's Response To The Notice of Hearing:  Dismissal For Want Of Prosecution** |

    PLAINTIFF HEREBY submits this response to the  court's Notice of Hearing: Dismissal for Want of Prosecution Pursuant to FRCvP 4(m) for August 5, 2008, at 10:30.

    The court's notice stated that if Plaintiff files a proof of service showing service was accomplished seven days prior to the hearing date the hearing shall be removed from the calendar.  On April 23, 2008, Plaintiff filed a proof of service showing service was accomplished.  (Docket No. 3).  On May 13, 2008, the clerk entered default against Defendant.  (Docket No. 6).

1
Plaintiff's Response To The Notice of Hearing:  Dismissal For Want Of Prosecution

Subsequent to the entry of default, counsel for Defendant contacted counsel for Plaintiff and the parties have discussed settlement. Plaintiff anticipates that this matter will either be settled or Defendant will file a responsive pleading with a stipulation to set aside the default judgment by August 15, 2008.

In that regard, Plaintiff respectfully requests that this court remove the August 5, 2008, hearing from the calendar.

Dated: July 25, 2008

                                      ____/S/ Jeremy S. Golden_____
                                      Jeremy S. Golden
                                      Attorney for Plaintiff

Plaintiff's Response To The Notice of Hearing: Dismissal For Want Of Prosecution