## CERTIFICATE OF SERVICE

I, Dorian Hudson, declare that:

I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. My business address is 2300 Boswell Rd Ste 211, Chula Vista, CA 91914. I am employed in San Diego County, CA.

I served the following:

**Plaintiff's Response To The Notice of
Hearing: Dismissal For Want Of
Prosecution**

Superior Court of California, County of San Diego, Unlimited Civil No.: 3:08-CV-00533-BEN-WMC

On July 25, 2008 I filed and served by e-filing by using the CM/ECF

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 25, 2008 at Chula Vista, CA 91914.

_____
Dorian Hudson