UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 AUG 12 AM 9: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SCHNEIDER,

                    Plaintiff,

          vs.

ROSENTHAL, MORGAN AND THOMAS,
INC., ET AL.,

                    Defendant.

CASE NO. 08CV0533-BEN(WMC)

JUDGMENT AND DISMISSAL BY COURT
UNDER RULE 4(m) F.R.Civ.P. FOR WANT
OF PROSECUTION

The above-entitled cause, having come before the court on a calendar called

pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve

process, and it appearing to the court that the summons and complaint have

not been served, and no extension of time to serve has been requested,

therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby

dismissed, **AS TO ALL DEFENDANTS, WITHOUT PREJUDICE,** for want of

prosecution.

DATED: AUGUST 5, 2008

_____
HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____