Jeremy S. Golden (SBN 228007)
Law Offices of Eric F. Fagan
2300 Boswell Rd.  Suite 211
Chula Vista, CA  91914
jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiff KIMBERLY SCHNEIDER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SCHNEIDER, an individual, | ) Case No.:  3:08-CV-00533-BEN-WMC |
| | ) |
| | ) **Plaintiff's Notice of Dismissal** |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| ROSENTHAL, MORGAN AND THOMAS, INC.; and DOES 1 through 10 inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE IS HEREBY GIVEN THAT:

Plaintiff dismisses the entire action with prejudice pursuant to Fed. Rule of Civ. Pro. 41(a)(1)(i).

Dated: September 3, 2008

_____s/Jeremy S. Golden_____
Jeremy S. Golden,
Attorney for Plaintiff

1
Plaintiff's Notice of Dismissal